IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**EZRA W. BRADEN,**

      **Plaintiff,**

v.                                            Civil Action No. 5:23-cv-00106
                                               Honorable Frank W. Volk, Chief Judge

**UNITED STATES OF AMERICA,**

      **Defendant.**

## JOINT STATUS REPORT

Now come the parties by their respective counsel, pursuant to the Court's August 5, 2024 Order and respectfully submit this Joint Status Report. The parties have now received final approval of the proposed settlement from the Principal Deputy Assistant Attorney General of the Civil Division of the Department of Justice, and a mutually agreed upon release has been fully executed by all parties. Undersigned counsel for Defendant has also submitted the necessary settlement documents to counsel for the Department of Health and Human Services to request payment of the settlement amount.

**Plaintiff's Position:**

To date, the settlement remains unfunded. Plaintiff respectfully requests that the Court hold an in-person or telephonic status conference with a representative from the Department of Health and Human Services to explain the delay in funding of the settlement. During mediation and thereafter, it was anticipated that funding of the settlement would occur within 60 days from the settlement. *See* Joint Notice of Settlement, ECF No. 54. This matter was settled at Mediation on July 26, 2024. Thus, funding should have occurred on or about September 24, 2024. Further, it is apparent that the delay in funding is not due to inaction by counsel for the Defendant.

For these reasons, Plaintiff respectfully requests that the Court set this matter for hearing in the very near future with a representative of the United States of America in attendance.

**<u>Defendant's Position:</u>**

As set forth in the Joint Notice of Settlement filed July 29, 2024 (ECF No. 54), the parties negotiated a proposed settlement, which required approval by the appropriate official at the United States Department of Justice (DOJ). In the Joint Notice of Settlement, Defendant did not <u>guarantee</u> that approval of the proposed settlement and payment of the settlement would be completed within 60 days, but instead "anticipate[s] needing 60 to complete the process." To be clear, Defendant did not guarantee that approval and payment would be completed within 60 days, nor was the proposed settlement contingent upon this.

The parties received final approval of the proposed settlement from the Principal Deputy Assistant Attorney General of the Civil Division of DOJ today. Upon receiving final approval today, counsel for Defendant immediately executed the mutually agreed upon release and also submitted the necessary settlement documents to counsel for the Department of Health and Human Services (HHS) to request payment of the settlement amount.

HHS is responsible for handling the request and processing of the settlement payment.[1] In order for HHS to request and process the settlement payment, final approval from DOJ and a fully executed release are required. Because the necessary settlement documents were just submitted today to HHS to request payment, there has been no delay on HHS's part concerning the funding of the settlement. Defendant therefore objects to Plaintiff's request for an in-person or telephonic status conference with a representative from HHS, as such request is irrelevant, unnecessary, and

---

[1] DOJ has no involvement in the processing, funding, or issuance of payment of the settlement.

unduly burdensome.[2] Instead, Defendant requests that the parties continue to submit status reports every two weeks until payment of the settlement amount has been issued.

Respectfully submitted this 30th day of September, 2024.

                              **EZRA W. BRADEN,**

                              **Plaintiff,**

                              **By Counsel:**

*/s/C. Edward Amos, II*
C. Edward Amos, II, Esq. (WV Bar # 12362)
**THE SEGAL LAW FIRM**
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Fax: (304) 344-9105
Email: edward.amos@segal-law.com
*Counsel for Plaintiff Ezra W. Braden*

                              **UNITED STATES OF AMERICA,**

                              **Defendant,**

                              **WILLIAM S. THOMPSON**
                              **United States Attorney**

*s/ Jennifer M. Mankins*
Jennifer M. Mankins (W.Va. Bar No. 9959)
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5443
Email: jennifer.mankins@usdoj.gov
*Counsel for Defendant United States of America*

---

[2] Counsel for Defendant is scheduled to leave the country on October 3, 2024, and return on October 11, 2024. Defendant therefore respectfully requests that any conference/hearing and/or filing deadlines for Defendant in this action be scheduled to occur after undersigned counsel's return.

3